129 A.3d 513

**Edward L. WRIGHT, Appellant**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 21, 2015.

Edward L. Wright, Pro Se.

Alan Matthew Robinson, Kara W. Haggerty, Pennsylvania Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation & Parole.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the Order of the Commonwealth Court is AFFIRMED.